UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| R.J. LIEBE ATHLETIC LETTERING COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 4:10CV989 HEA ) |
| VARSITY BRANDS, Inc., et al., | ) ) ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Defendant's Motion to Compel [Doc. #148]. This motion is granted in part and denied in part.

Accordingly,

**IT IS HEREBY ORDERED** that the motion is denied as to interrogatory number six (6). The motion is granted as to interrogatory number seven (7) as to conversations by persons other than attorney for opposing party, but the referenced conversations must be issue specific. The motion is granted as to interrogatory number eight (8) as to conversations by persons other than attorney, but must be issue specific. The motion is denied as to interrogatory number nine (9). The motion is denied as to interrogatory number ten (10). The motion is denied as to interrogatories number eleven (11) and twelve (12) at this time.

Dated this 31st day of January, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE