UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| R.J. LIEBE ATHLETIC LETTERING COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:10CV989 HEA |
| VARSITY BRANDS, Inc., et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the hearing on Plaintiff's Motion to Compel [Doc. #161] and Defendants' Motion For A Supplemental Conference Pursuant To The Court's Amended Case Management Order [Doc. #162] previously set on Wednesday, March 30, 2011, is reset to Friday, April 1, 2011, at 11:30 a.m. in the courtroom of the undersigned.

Dated this 28th day of March, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE