IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| R.J. Liebe Athletic Lettering Company, | |
| Plaintiff, | |
| vs. | Civil Action No. 4:10-cv-00989-HEA |
| Varsity Brands, Inc., Varsity Spirit Corporation, and Varsity Spirit Fashions & Supplies, Inc., | |
| Defendants. | |

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

Upon the consent of the parties and upon the statements of counsel for the parties that the matters in controversy in this action have been resolved through settlement, it appears to the Court that this action should be dismissed with prejudice.

**IT IS THEREFORE ORDERED** that all claims and counterclaims asserted by the parties are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

DATE: 6-21-11